FILED

MAY 1 5 2026

CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA )
)
v. )     Case No: 2:26mj174
)     Court Date: August 6, 2026
GENESIS F. TOA, )
Defendant. )

## CRIMINAL INFORMATION

### COUNT ONE
Misdemeanor - Violation Notice E1188506

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 3, 2026, at Joint Expeditionary Base Little Creek – Fort Story, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, GENESIS F. TOA, did unlawfully assault T.N. by striking her in the face with a closed fist.

(In violation of Title 18, United States Code, Section 113(a)(4).)

### COUNT TWO
Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 3, 2026, at Joint Expeditionary Base Little Creek – Fort Story, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, GENESIS F. TOA, did unlawfully assault T.R. by striking her in the face with a closed fist.

(In violation of Title 18, United States Code, Section 113(a)(4).)

## COUNT THREE
Misdemeanor - Violation Notice E1188507

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 3, 2026, at Joint Expeditionary Base Little Creek – Fort Story, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, GENESIS F. TOA, did engage in conduct having a direct tendency to cause acts of violence by the person or persons at whom, individually, such conduct was directed in a street, highway, or public building, or while in a public place, with the intent to cause public inconvenience, annoyance, or alarm, or reckless created a risk thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415.)

## COUNT FOUR
Misdemeanor - Violation Notice E1188508

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 3, 2026, at Joint Expeditionary Base Little Creek – Fort Story, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, GENESIS F. TOA, was unlawfully intoxicated in a public place.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-388.)

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Taryn M. Meeks*

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Email: Taryn.Meeks2@usdoj.gov

May 15, 2026

Date